UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA
10613 U.S. COURTHOUSE
INDEPENDENCE MALL WEST
601 MARKET STREET
PHILADELPHIA, PA 19106-1797

July 12, 2013

Cary L. Flitter, Esq.
Andrew M. Milz, Esq.

                          RE: Paone v. Federal Bond &
                          Collection Service, Inc.
                          Civil Action No. 13-2790


Dear Counsel:

        A review of the Court's records shows that a pleading
has not been filed in the above captioned action in response to
the complaint.

        If such a pleading is not filed by the above named
defendants on or before July 19, 2013 you may file a request
with the clerk for entry of a default in accordance with Rule 55
of the Federal Rules of Civil Procedure.

        If the Request for Default is not filed by July 23,
2013 the Court will enter an order dismissing the case against
the above named defendants for lack of prosecution.


                          Very truly yours,

                          S/Eileen Adler
                          Eileen Adler
                          Deputy Clerk to Judge Dalzell



**ALL EXTENSIONS OF TIME TO ANSWER COMPLAINT MUST HAVE PRIOR
COURT APPROVAL.**



Civ 21 (10/82)